1
2
3
4
5
6
7

8                              UNITED STATES DISTRICT COURT

9                              CENTRAL DISTRICT OF CALIFORNIA

10

11    KELLY M. WOLFE,                          Case No. CV 19-01312-DMG (GJS)

12                 Petitioner

13          v.                                 **JUDGMENT**

14    MOLLY HILL,

15                 Respondent.

16

17

18          Pursuant to the Court's Order Accepting Findings and Recommendations of

19    United States Magistrate Judge,

20

21          IT IS ADJUDGED THAT this action is dismissed with prejudice.

22

23    DATED:  January 4, 2021

24                                             _____

25                                             DOLLY M. GEE
                                               UNITED STATES DISTRICT JUDGE
26

27

28